UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HOF FINANCIAL I, LLC, a Delaware limited liability company,<br><br>                Plaintiff(s),<br><br>vs.<br><br>NEVADA PACIFIC HOUSING CORPORATION, a Nevada corporation, PAGEANTRY DEVELOPMENT CORP., a Nevada corporation; WESTERN RESIDENTIAL HOUSING, LLC, a Nevada limited liability company; DON G. WHITE, an individual, and DON G. WHITE, AS TRUSTEE OF THE DON G. WHITE 1996 TRUST, an individual,<br><br>                Defendant(s). | 2:09-cv-01555-RLH-RJJ<br><br>**O R D E R**<br>(Administrative Closure) |

      Defendants, have filed a Suggestion of Bankruptcy (#27) and all further proceedings in this matter having been stayed thereby, IT IS HEREBY ORDERED that this matter be ADMINISTRATIVELY CLOSED, to be reopened upon motion from counsel if necessary.

      Dated this 14th day of November, 2011.

 

_____
**Roger L. Hunt
United States District Judge**